# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CATHERINE FOWLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17 CV 2547 DDN |
| | ) | |
| MIDAS HOSPITALITY, LLC, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.  **Failure to comply timely with this order may result in the dismissal of this action with prejudice.**

**IT IS FURTHER ORDERED** that the **June 10, 2019** trial date is vacated.


          /s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on May 29, 2019.