IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

CATHERINE FOWLER,           )
                            )
    Plaintiff,              )
                            )
vs.                         )   Cause No.: 4:17-CV-2547 DDN
                            )
MIDAS HOSPITALITY, et al.,  )
                            )
    Defendants.             )

**STIPULATION FOR DISMISSAL**

*So ordered. DDN 6/3/19*

COMES NOW Plaintiff, by and though counsel, and hereby dismisses her cause of action with prejudice. Each party to bear their own costs.

**GOLDBLATT + SINGER, P.C.**

*/s/ Shaun M. Falvey*
**SHAUN M. FALVEY #55294**
sfalvey@stlinjurylaw.com
**8182 Maryland Ave., Ste. 801**
**St. Louis, MO  63105**
**(314) 231-4100 – Office**
**(314) 241-4078 – Fax**

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document has been filed and served via the Court's electronic filing system this 31st day of May, 2019 to:

Robert Rowland
Rouse and Cary
10733 Sunset Office Drive, Suite 410
St. Louis, MO 63127

*/s/ Shaun M. Falvey*